# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELCH, *et al.*, | Case No. 2:14-cv-00167-JCM-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| NARCONON FRESH START, et al., | |
| Defendants. | |

Before this Court is Plaintiffs' Motion to Stay (doc. # 60), filed November 4, 2014, Defendants' response (doc. # 63),[1] filed November 7, 2014, and Plaintiff's reply (doc. # 65), filed November 10, 2014.

Upon review of the parties' briefs, this Court finds that the parties agree to proceed with discovery but to otherwise stay the instant action until the Judicial Panel on Multidistrict Litigation rules on Plaintiffs' motion to consolidate.

Based on the foregoing and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay (doc. # 60) is **granted**.

DATED: November 21, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

---

[1] Defendants Narconon International and Association for Better Living and Education International filed a joinder to Defendant Narconon Fresh Start's response to Plaintiffs' motion. See Doc. # 64.