ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ARTEMUS W. HAM, ESQ.
Nevada Bar No. 7001
**EGLET PRINCE**
400 South Seventh Street, Box 1, Suite 400
Las Vegas, Nevada 89101
Ph. :    (702) 450-5400/ Fax:    (702) 450-5451
E-Mail: *eservice@egletwall.com*

Ryan A. Hamilton
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139
E-Mail: ryan@hamiltonlawlasvegas.com
*Attorneys for the Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELCH, a Texas Citizen; STACY WELCH, a Texas Citizen; and JACK WELCH, a Texas Citizen, <br><br>     Plaintiffs, <br><br>  vs. <br><br> NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive, <br><br>     Defendants. | Case No.  2:14-cv-00167-JCM-CWH <br><br> **AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **SIXTH REQUEST** |

     IT IS HEREBY STIPULATED, by and between:

**Plaintiffs:** DAVID WELCH, STACY WELCH, and JACK WELCH, through their counsel of record, Ryan Hamilton, Esq. of HAMILTON LAW, and Robert T. Eglet, Esq. and Artemus W. Ham, Esq. of EGLET PRINCE; and

**Defendant:**  NARCONON FRESH START dba RAINBOW CANYON RETREAT, through its

counsel of record, S. Brent Vogel, Esq. and Alayne M. Opie, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and William H. Forman, Esq. of SCHEPER KIM & HARRIS LLP; and

**Defendant:** ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL, through its counsel of record, Robert C. Baker, Esq. of BAKER KEENER & NAHRA and Robert McBride, Esq. of CARROLL KELLY TROTTER FRANZEN MCKENNA & PEABODY

On April 7, 2015, this Honorable Court granted the parties' stipulation to extend discovery (Sixth Request) (Doc. 80). The parties mistakenly submitted incorrect dates for the discovery cut-off, dispositive motion deadline, and the joint pre-trial order. To correct those mistakes the parties hereby submit an amended stipulation.

**1. Discovery Completed to Date:**

   A.  Parties have propounded lengthy written discovery and parties have answered;

   B.  The parties have disclosed numerous records and evidence;

   C.  The parties have disclosed initial experts

   D. The following depositions have commenced: Plaintiff Stacy Welch; Plaintiff David Welch; Plaintiff Jack Welch; Dr. Robert Earle (non-appearance); James Chapman, LCDC; Dr. Mavis Fujii; Dr. Jason Powers; and Dan Morgan.

**2. Discovery that Remains to be Completed:**

   A.  Additional depositions of the Defendants' representatives;

   B.  Additional depositions of percipient witnesses;

   C.  The deposition of The Right Step's FRCP 30(b)(6) Witness;

   D.  The deposition of Dr. Robert Earle following an Order compelling his attendance;

   E.  Disclosure of rebuttal experts;

   F.  Depositions of the parties' experts (including rebuttal experts that are to be disclosed). The parties anticipate disclosing approximately twenty (20) experts;

D. Additional written and deposition discovery as determined by the parties.

**3. Why Discovery Was Not Completed Within the Limits Set by the Discovery Order**

The parties stipulate to extending certain discovery deadlines to facilitate the mediation of this matter and the coordination of a mass mediation to include other Narconon Fresh Start cases currently filed in Nevada, Colorado and California. It is anticipated that said mediations will take place at the end of April or beginning of May 2015, schedules permitting. The parties are working with prospective mediator candidates in an attempt to coordinate an amicable time/date for all parties, the parties' attorneys and parties' representatives to attend. The parties request this extension in good faith and in an effort to promote judicial economy. Should this matter resolve at mediation, the deadlines that fall between then and now require the parties to expend significant amounts of time and money to appropriately litigate and defend this claim; all of which could potentially be saved should this matter resolve.

**4. Proposed Schedule for Completing Discovery and Arbitration**

On April 7, 2015, this Honorable Court granted Plaintiffs' and Fresh Start's Stipulation to Extend Discovery (Sixth Request) (Doc. 80). Currently, the discovery deadlines are as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |
| Last day to file a motion to add parties or amend pleadings | Closed |
| Initial expert disclosure deadline: | Closed |
| Interim Status Report | Closed |
| Rebuttal expert disclosure deadline: | June 29, 2015 |
| Discovery cut off: | June 29, 2015 |
| Last day to file dispositive motions | July 29, 2015 |
| Joint Pretrial Order | August 28, 2015 |

The proposed schedule for completing the remaining discovery is as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |

3

| | |
|---|---|
| Last day to file a motion to add parties or amend pleadings | Closed |
| Initial expert disclosure deadline: | Closed |
| Interim Status Report | Closed |
| Rebuttal expert disclosure deadline: | June 29, 2015 |
| Discovery cut off: | August 28, 2015 |
| Last day to file dispositive motions | October 27, 2015 |
| Joint Pretrial Order | November 29, 2015 |

**5.   Certificate of Conference and Stipulation**

Counsel for the parties have conferred by email and telephone and have signed below, indicating their agreement to this Amended Stipulation and Order to Extend Discovery Deadlines (Sixth Request). The parties do not request a conference with the Magistrate before entry of an Amended Scheduling Order, should one be required.

| | |
|---|---|
| Dated this 28th day of April, 2015<br><br>HAMILTON LAW<br>By:/s/ Ryan Hamilton<br>Ryan Hamilton<br>5125 S. Durango Dr., Ste. C<br>Las Vegas, NV 89113<br>and<br>Robert T. Eglet<br>Artemus Ham<br>EGLET PRINCE<br>400 South Seventh Street, Box 1, Suite 400<br>Las Vegas, Nevada 89101<br>*Counsel for Plaintiffs* | Dated this 28th day of April, 2015<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>By:/s/Alayne Opie<br>S. Brent Vogel<br>Nevada Bar No. 6858<br>Alayne M. Opie<br>Nevada Bar No. 12623<br>6385 South Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>and<br>William H. Forman<br>SCHEPER KIM & HARRIS LLP<br>601 W. Fifth Street, 12thFloor<br>Los Angeles, California 90071<br>*Counsel for Fresh Start* |
| Dated this 28th day of April, 2015<br><br>BAKER KEENER & NAHRA<br>By:/s/ Robert Baker<br>Robert Baker<br>633 W. 5th Street, Suite 5500 | |

4

Los Angeles, Ca 90071
and
Robert McBride
CARROLL KELLY TROTTER
FRANZEN MCKENNA & PEABODY
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
*Counsel for NI and ABLE*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the deadlines in this case are as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |
| Last day to file a motion to add parties or amend pleadings | Closed |
| Initial expert disclosure deadline: | Closed |
| Interim Status Report | Closed |
| Rebuttal expert disclosure deadline: | June 29, 2015 |
| Discovery cut off: | August 28, 2015 |
| Last day to file dispositive motions | October 27, 2015 |
| Joint Pretrial Order | December 2, 2015 |

DATED: April 29, 2015

_____
United States Magistrate Judge

Respectfully submitted by:

**HAMILTON LAW**

By:/s/ Ryan Hamilton
Ryan Hamilton
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113

5