S. BRENT VOGEL
NV Bar No. 6858; brent.vogel@lewisbrisbois.com
ALAYNE M. OPIE
NV Bar No. 12623; alayne.opie@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383; FAX: 702.893.3789

DAVID SCHEPER, Ca. Bar No. 120174 (*pro hac vice*)
WILLIAM H. FORMAN, Ca. Bar No. 150477 (*pro hac vice*)
GREGORY A. ELLIS, Ca. Bar No. 204478 (*pro hac vice*)
MARGRET DAYTON, Ca. Bar No. 274353 (*pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 W. Fifth Street, 12th Floor
Los Angeles, California 90071

*Attorneys for Defendant Narconon Fresh Start d/b/a Rainbow Canyon Retreat ("Fresh Start")*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELCH, a Texas Citizen; STACY WELCH, a Texas Citizen; and JACK WELCH, a Texas Citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00167-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**SEVENTH REQUEST** |

IT IS HEREBY STIPULATED, by and between:

**Plaintiffs:** DAVID WELCH, STACY WELCH, and JACK WELCH, through their counsel of record, Ryan Hamilton, Esq. of HAMILTON LAW, and Robert T. Eglet, Esq. and Artemus W. Ham, Esq. of EGLET PRINCE LAW GROUP; and

**Defendant:** NARCONON FRESH START dba RAINBOW CANYON RETREAT, through its counsel of record, S. Brent Vogel, Esq. and Alayne M. Opie, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and William H. Forman, Esq. of SCHEPER KIM & HARRIS LLP; and

4842-3316-2788.1

**Defendant:** ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL, through its counsel of record, Robert C. Baker, Esq. of BAKER KEENER & NAHRA

1. **Discovery Completed to Date:**

    A. Parties have propounded lengthy written discovery and parties have answered;

    B. The parties have disclosed numerous records and evidence;

    C. The parties have disclosed initial experts (17 experts in total);

    D. The following depositions have commenced: Plaintiff Stacy Welch; Plaintiff David Welch; Plaintiff Jack Welch; Dr. Robert Earle (non-appearance); James Chapman, LCDC; Dr. Mavis Fujii; Dr. Jason Powers; Dan Morgan; David Venemon; Wendy Shultz; Dr. Stephen Lippold; Anne McNulty, NP; Dr. Christina Ivan; FRCP 30b6 witness of The Right Step; Hayley Matthews;

    E. A Motion to Compel the Deposition of Robert Earle, Ph.D. was filed in the United States District Court, District of Southern Texas. Thereafter, Fresh Start and Dr. Earle submitted a Joint Motion to Extend Deadlines to essentially stay the Motion. Dr. Earle's deposition has been re-noticed for July 17, 2015;

    F. Meet and confer conferences have occurred regarding a second day of Jack Welch's deposition and a Motion to Compel the same has been drafted.

    G. Meet and confer conferences have occurred regarding the parties written discovery responses.

    H. The parties have produced numerous FRCP 26f disclosures

2. **Discovery that Remains to be Completed:**

    A. Additional depositions of the Defendants' representatives;

    B. Additional depositions of percipient witnesses;

    C. Additional depositions of Jack Welch's medical providers;

    a. Presently, the following depositions are on calendar:

    i. Jennifer Rankel, June 12, 2015 in Phoenix, Arizona

    ii. Vernon Kirk, M.D., June 16, 2015, St. George, Utah



4842-3316-2788.1              2

   iii. FRCP 30b6 of NI: July 7, 2015 in Anaheim, California

   iv. FRCP 30b6 of ABLE: July 8, 2015 in Anaheim, California

   v. Josh Penn and Larry Trahant: July 9, 2015 in Anaheim, California

   vi. FRCP 30b6 of Fresh Start: July 10, 2015 in Anaheim, California

   vii. Robert Earle, Ph.D., July 17, 2015 in Houston, Texas

 D. Disclosure of rebuttal experts;

 E. Depositions of the parties' experts (including rebuttal experts that are to be disclosed). The parties anticipate disclosing approximately twenty (20) experts total;

 F. Briefing regarding Fresh Start's Motion to Compel Second Day of Jack Welch's Deposition;

 G. Additional written and deposition discovery as determined by the parties.

**3.  Why Discovery Was Not Completed Within the Limits Set by the Discovery Order**

A vast amount of discovery has taken place in this case since discovery opened. The parties have diligently worked, taking numerous depositions in multiple states across the United States. Depositions have occurred in Houston, Texas (necessitating four trips thus far); Denver, Colorado; Anaheim, California; Beverly Hills, California; Phoenix, Arizona; Valencia, California; and Las Vegas, Nevada. Despite the parties' diligent efforts to move discovery along, the diverse locations of the witnesses, combined with the multiple scheduling conflicts, have made it difficult to complete the necessary depositions by the deadline to disclose rebuttal experts. Additionally, a key medical provider, Dr. Earle, outright refused to appear for his deposition, necessitating a Motion to Compel.

The parties request a one hundred and twenty (120) day extension, in good faith, of the current deadlines. This extension will afford the parties' experts' sufficient time to review the upcoming deposition transcripts which will necessarily build the foundation for their expert opinions, before providing expert reports.

**4.  Proposed Schedule for Completing Discovery**

On April 29, 2015, this Honorable Court granted the parties' Amended Stipulation and Order to Extend Discovery Deadlines (Sixth Request) (Doc. 84). Currently, the discovery deadlines are as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |
| Last day to file a motion to add parties or amend pleadings | Closed |
| Initial expert disclosure deadline: | Closed |
| Interim Status Report | Closed |
| Rebuttal expert disclosure deadline: | June 29, 2015 |
| Discovery cut off: | August 28, 2015 |
| Last day to file dispositive motions | October 27, 2015 |
| Joint Pretrial Order | December 2, 2015 |

The proposed schedule for completing the remaining discovery is as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |
| Last day to file a motion to add parties or amend pleadings | Closed |
| Initial expert disclosure deadline: | Closed |
| Interim Status Report | Closed |
| Rebuttal expert disclosure deadline: | October 27, 2015 |
| Discovery cut off: | January 26, 2016 |
| Last day to file dispositive motions | March 16, 2016 |
| Joint Pretrial Order | April 21, 2016 |

5.     **Certificate of Conference and Stipulation**

Counsel for the parties have conferred by email and have signed below, indicating their agreement to this Stipulation and Order to Extend Discovery Deadlines (Seventh Request). The parties do not request a conference with the Magistrate before entry of an Amended Scheduling Order, should one be required.

Dated this 8th day of June, 2015                     Dated this 8th day of June, 2015

| HAMILTON LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By:   Artemus Ham<br>Ryan Hamilton<br>5125 S. Durango Dr., Ste. C | By:   Alayne M. Opie<br>S. Brent Vogel<br>Nevada Bar No. 6858 |

4842-3316-2788.1                                    4

| | |
|---|---|
| Las Vegas, NV  89113<br>and<br>Robert T. Eglet<br>Artemus Ham<br>EGLET PRINCELAW GROUP<br>400 South Seventh Street, Box 1, Suite 400<br>Las Vegas, Nevada 89101<br>*Counsel  for Plaintiffs* | Alayne M. Opie<br>Nevada Bar No. 12623<br>6385 South Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada  89118<br>and<br>William H. Forman<br>SCHEPER KIM & HARRIS LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, California 90071<br>*Counsel for Fresh Start* |
| Dated this 8th  day of June, 2015<br><br>**BAKER KEENER & NAHRA**<br><br>By:     Robert Baker          <br>Robert Baker<br>633 W. 5th Street, Suite 5500<br>Los Angeles, Ca 90071<br>and<br>Robert McBride<br>CARROLL KELLY TROTTER FRANZEN MCKENNA & PEABODY<br>8329 W. Sunset Road, Suite 260<br>Las Vegas, Nevada 89113<br>*Counsel for NI and ABLE* | |

…

…

…

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the deadlines in this case are as follows:

| | |
|---|---|
| Rebuttal expert disclosure deadline: | October 27, 2015 |
| Discovery cut off: | January 26, 2016 |
| Last day to file dispositive motions | March 16, 2016 |
| Joint Pretrial Order | April 21, 2016 |

Dated this __8__ day of June, 2015

_____
United States Magistrate Judge

Respectfully submitted by:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:___/s/  Alayne Opie_____
S. Brent Vogel
Nevada Bar No. 6858
Alayne M. Opie
Nevada Bar No. 12623
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
and
William H. Forman
SCHEPER KIM & HARRIS LLP
601 W. Fifth Street, 12th Floor
Los Angeles, California 90071
*Counsel for Fresh Start*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 8th day of June, 2015, I did cause a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SEVENTH REQUEST)** to be served via the CM/ECF electronic system to all parties on the service list.

Ryan A. Hamilton
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV  89113

William Forman
SHEPER KIM HARRIS LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071

Robert Baker
BAKER KEENER & NAHRA LLP
633 West 5th Street, Ste. 5500
Los Angeles, CA 90071

Robert McBride
CARROLL, KELLY, TROTTER, FRANZEN, MCKENNA & PEABODY
8329 West Sunset Road, Suite 260
Las Vegas, Nevada 89113

Robert T. Eglet
Artemus Ham
EGLET PRINCE LAW GROUP
400 South Seventh Street, Box 1, Suite 400
Las Vegas, Nevada 89101


By: _____Nicole Etienne_____ _____
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4842-3316-2788.1