**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (Admitted *Pro Hac Vice*)
dscheper@scheperkim.com
WILLIAM H. FORMAN (Admitted *Pro Hac Vice*)
wforman@scheperkim.com
GREGORY A. ELLIS (Admitted *Pro Hac Vice*)
gellis@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

S. BRENT VOGEL, ESQ. NV Bar No. 6858
brent.vogel@lewisbrisbois.com
ALAYNE M. OPIE, ESQ. NV Bar No. 12623
alayne.opie@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone:  702-893-3383; Facsimile:  702-893-3789

*Attorneys for Defendant Narconon Fresh Start dba Rainbow Canyon Retreat ("Fresh Start")*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELCH, a Texas Citizen; STACY WELCH, a Texas Citizen; and JACK WELCH, a Texas Citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00167-JCM-CWH<br><br>**STIPULATION EXTEND TIME FOR DEFENDANT NARCONON FRESH START DBA RAINBOW CANYON RETREAT TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL FURTHER DEPOSITION OF PLAINTIFF JACK WELCH** |

**STIPULATION TO EXTEND TIME**

1  Plaintiffs, by and through their undersigned counsel of record, hereby
2  stipulate to allow Defendant Narconon Fresh Start d/b/a Rainbow Canyon Retreat an
3  additional 3 court days to file a reply in support of its motion to compel the further
4  deposition of Jack Welch. Accordingly, Defendant's reply is now due by July 8,
5  2015.

7  Dated this 1st day of July, 2015.　　　　Dated this 1st day of July, 2015.

8  SCHEPER KIM & HARRIS LLP　　　　EGLET PRINCE LAW GROUP

10
11  By: /s/ William H. Forman　　　　　　By: /s/ Artemus W. Ham
    David C. Scheper, CA Bar 120174　　　Robert T. Eglet, Esq. NV Bar 3402
12  William H. Forman, CA Bar 150477　　Artemus W. Ham, Esq. NV Bar 7001
    Greg A. Ellis, CA Bar 204478　　　　　400 South Seventh Street, 4th Floor
13  601 W. Fifth Street, 12th Floor　　　　Las Vegas, Nevada 89101
14  Los Angeles, CA 90071

15  *and*　　　　　　　　　　　　　　　　　*and*

16
17  S. Brent Vogel, Esq. NV Bar 6858　　　Ryan Hamilton, NV Bar 11587
    Alayne M. Opie, Esq. NV Bar 12623　　HAMILTON LAW
18  LEWIS BRISBOIS BISGAARD &　　　　5125 S. Durango Drive, Suite C
    SMITH LLP　　　　　　　　　　　　Las Vegas, Nevada 89113
19  6385 S. Rainbow Blvd., Suite 600
    Las Vegas, Nevada 89118
20  　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
    *Attorneys for Defendant Narconon*
21  *Fresh Start dba Rainbow Canyon*
    *Retreat*

1
**STIPULATION TO EXTEND TIME**

**ORDER**

Based upon the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Narconon Fresh Start will have an additional 3 court days, or until July 8, 2015, to file a reply in support of its motion to compel the further deposition of Plaintiff Jack Welch.

**IT IS SO ORDERED.**

Dated this  2  day of July 2015

_____
United States Magistrate Court Judge

Respectfully submitted by:

**SCHEPER KIM & HARRIS LLP**

By: /s/ William H. Forman
DAVID C. SCHEPER (Admitted *Pro Hac Vice*)
WILLIAM H. FORMAN (Admitted *Pro Hac Vice*)
GREGORY A. ELLIS (Admitted *Pro Hac Vice*)
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
*Attorneys for Defendant Narconon Fresh Start dba Rainbow Canyon Retreat*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of SCHEPER KIM & HARRIS LLP, and that on this 1st day of July, 2015, I did cause a true copy of **STIPULATION TO CONTINUE TIME** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By: /s/ Melissa M. Vasquez
An Employee of SCHEPER KIM & HARRIS LLP