**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (Admitted *Pro Hac Vice*)
dscheper@scheperkim.com
WILLIAM H. FORMAN (Admitted *Pro Hac Vice*)
wforman@scheperkim.com
GREGORY A. ELLIS (Admitted *Pro Hac Vice*)
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

S. BRENT VOGEL, ESQ. NV Bar No. 6858
brent.vogel@lewisbrisbois.com
ALAYNE M. OPIE, ESQ. NV Bar No. 12623
alayne.opie@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone:  702-893-3383; Facsimile:  702-893-3789

*Attorneys for Defendant Narconon Fresh Start dba Rainbow Canyon Retreat ("Fresh Start")*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID WELCH, a Texas Citizen; STACY WELCH, a Texas Citizen; and JACK WELCH, a Texas Citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00167-JCM-CWH<br><br>**STIPULATION AND ORDER RE PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER RE MONETARY SANCTIONS** |

IT IS HEREBY STIPULATED by and between Plaintiff JACK WELCH, through his counsel of record, Artemus W. Ham, IV of EGLET PRINCE, and Defendant NARCONON FRESH START, dba Rainbow Canyon Retreat, through its counsel of record, William H. Forman of Scheper Kim & Harris LLP.

WHEREAS, on August 17, 2015, the Honorable Magistrate Judge Carl W. Hoffman granted Narconon Fresh Start's Motion to Compel a second day of Jack Welch's Deposition, and ordered that Plaintiff Jack Welch shall bear Fresh Start's costs and fees associated with the motion to compel and the taking of the second day of Jack Welch's deposition ("Order"; Doc. #107);

WHEREAS, the Magistrate Judge also ordered the parties to meet and confer regarding resolution of such fees and costs;

WHEREAS, on August 31, 2015, Jack Welch filed objections ("Objections") to the August 17, 2015 Order ***in an abundance of caution to ensure that a timely objection was filed***, stating that such objections were ***in part*** premature given that, as of that date, Fresh Start had not yet taken the second day of Jack Welch's deposition, and thus no final order for fees and costs had been entered;

WHEREAS, Fresh Start conducted the second day of Jack Welch's deposition on September 3, 2015, and the parties have been conferring on the amount of fees and costs within the context of other discovery issues;

WHEREAS, Fresh Start's response to Jack Welch's Objections is due on or by September 17, 2015;

Plaintiff Jack Welch and Narconon Fresh Start request that Jack Welch's

Objections be held in abeyance until such time as the Magistrate Judge enters an order awarding Narconon Fresh Start an exact dollar amount for fees and costs. Pursuant to Fed. R. Civ. P. 72(a), Jack Welch will then have 14 days to file supplemental objections to such order.

Dated this 14th day of September, 2015.

SCHEPER KIM & HARRIS LLP

By: /s/ William H. Forman
David C. Scheper, CA Bar 120174
William H. Forman, CA Bar 150477
Greg A. Ellis, CA Bar 204478
601 W. Fifth Street, 12th Floor
Los Angeles, CA  90071

and

S. Brent Vogel, Esq. NV Bar 6858
Alayne M. Opie, Esq. NV Bar 12623
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant Narconon Fresh Start dba Rainbow Canyon Retreat*

Dated this 14th day of September, 2015.

EGLET PRINCE LAW GROUP

By: /s/ Artemus W. Ham, IV
Robert T. Eglet, Esq. NV Bar 3402
Artemus W. Ham, Esq. NV Bar 7001
400 South Seventh Street, 4th Floor
Las Vegas, Nevada 89101

and

Ryan Hamilton, NV Bar 11587
HAMILTON LAW
5125 S. Durango Drive, Suite C
Las Vegas, Nevada 89113

*Attorneys for Plaintiffs*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, and DECLARED that Plaintiff's Objections (Doc. #110) are hereby held in abeyance. In the event the Magistrate Judge enters an order consistent with the Order of August 17, 2015 (Doc. #107) awarding an exact dollar amount of fees and costs to Narconon Fresh Start, Plaintiff Jack Welch shall have 14 days from such order to file a supplement to his objections.

**IT IS SO ORDERED.**

Dated September 16, 2015.

_____
United States District Court Judge

Respectfully submitted by:

**SCHEPER KIM & HARRIS LLP**

By: /s/ William H. Forman
DAVID C. SCHEPER (Admitted *Pro Hac Vice*)
WILLIAM H. FORMAN (Admitted *Pro Hac Vice*)
GREGORY A. ELLIS (Admitted *Pro Hac Vice*)
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
*Attorneys for Defendant Narconon Fresh Start dba Rainbow Canyon Retreat*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of SCHEPER KIM & HARRIS LLP, and that on this 14th day of September, 2015, I did cause a true copy of **STIPULATION AND ORDER RE PLAINTIFFS' OBJECTION TO THE MAGISTRATE JUDGE'S ORDER RE MONETARY SANCTIONS** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By: /s/ Michelle Murphy
An Employee of SCHEPER KIM & HARRIS LLP