SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (Admitted *Pro Hac Vice*)
dscheper@scheperkim.com
WILLIAM H. FORMAN (Admitted *Pro Hac Vice*)
wforman@scheperkim.com
GREGORY A. ELLIS (Admitted *Pro Hac Vice*)
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

S. BRENT VOGEL, ESQ. NV Bar No. 6858
brent.vogel@lewisbrisbois.com
DAVID B. AVAKIAN, ESQ. NV Bar No. 009502
David.avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: 702-893-3383; Facsimile: 702-893-3789
*Attorneys for Defendant Narconon Fresh Start d/b/a Rainbow Canyon Retreat ("Fresh Start")*

ROBERT C. BAKER (admitted *Pro Hac Vice*)
rbaker@bknlawyers.com
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
213-240-0900; F: 213-241-0990
*Defendant Narconon International and Association for Better Living and Education International ("ABLE")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WELCH, a Texas Citizen; STACY WELCH, a Texas Citizen; and JACK WELCH, a Texas Citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00167-JCM-CWH<br><br>GLOBAL STIPULATION AND ORDER DISMISSING PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE |

## GLOBAL STIPULATION AND ORDER DISMISSING PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs DAVID WELCH, STACY WELCH and JACK WELCH'S Complaint, all amendments thereto, and all related claims in the above-entitled action against Defendants, NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 22nd day of February, 2016.

By: _/s/ Tracy A. Eglet_ #6551

TRACY A. EGLET, ESQ.
Nevada Bar No. 006419
400 South 7th St., Box 1, Ste. 400
Las Vegas, NV 89101
Attorneys for Plaintiffs DAVID WELCH, STACY WELCH and JACK WELCH

DATED this 17th day of March, 2016.

By: _/s/ S. Brent Vogel_

S. BRENT VOGEL, ESQ.
Nevada Bar No. 006858
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
NARCONON FRESH START d/b/a
RAINBOW CANYON RETREAT

DATED this 22nd day of March, 2016.

BAKER KEENER & NAHRA, LLP

By: _/s/ Robert C. Baker_

ROBERT C. BAKER, ESQ.
California Bar No. 49255
633 West 5th Street, Ste. 5500
Los Angeles, CA 90071
Attorneys for Defendants
ASSOCIATION FOR BETTER LIVING
AND EDUCATION INTERNATIONAL
and NARCONON INTERNATIONAL

## ORDER FOR GLOBAL DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED March 24, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted, LEWIS BRISBOIS BISGAARD & SMITH LLP
Dated the 18th day of March, 2016

By _____
S. BRENT VOGEL, ESQ.
Nevada Bar No. 006858
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (Admitted *Pro Hac Vice*)
dscheper@scheperkim.com
WILLIAM H. FORMAN (Admitted *Pro Hac Vice*)
wforman@scheperkim.com
GREGORY A. ELLIS (Admitted *Pro Hac Vice*)
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025